1

2                                          *E-FILED:  April 30, 2012*

3

4

5

6

7                              NOT FOR CITATION

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11    SILIAN XIE,                              No. C12-00538 HRL

12              Plaintiff,                     **ORDER DISMISSING CASE WITHOUT PREJUDICE**

13      v.

14    COMMISSIONER OF SOCIAL SECURITY,

15              Defendant.
      _____/

16

17          On March 1, 2012, the court denied Silian Xie's application to proceed in forma

18    pauperis and directed Xie to make a partial payment of the filing fee by April 2, 2012.  (Dkt.

19    No. 6).  In that same order, Xie was advised that failure to make that payment by the court-

20    ordered deadline would result in the dismissal of this action without prejudice.  The court's

21    records reflect that payment has not been made as directed.  Accordingly, this action is

22    dismissed without prejudice.  The clerk shall close the file.

23          SO ORDERED.

24    Dated: April 30, 2012

25
                                         _____
26                                       HOWARD R. LLOYD
                                         UNITED STATES MAGISTRATE JUDGE

27

28

**United States District Court**
For the Northern District of California

5:12-cv-00538-HRL Notice sent by U.S. Mail to:

Silian Xie
1928 Lakewood Drive #F
San Jose, CA 95132

**United States District Court**
For the Northern District of California