***E-FILED: April 30, 2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILIAN XIE, | No. C12-00538 HRL |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 1, 2012, the court denied Silian Xie's application to proceed in forma pauperis and directed Xie to make a partial payment of the filing fee by April 2, 2012. (Dkt. No. 6). In that same order, Xie was advised that failure to make that payment by the court-ordered deadline would result in the dismissal of this action without prejudice. The court's records reflect that payment has not been made as directed. Accordingly, this action is dismissed without prejudice. The clerk shall close the file.

SO ORDERED.

Dated: April 30, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | 5:12-cv-00538-HRL Notice sent by U.S. Mail to:

2 | Silian Xie
1928 Lakewood Drive #F
3 | San Jose, CA 95132

**United States District Court**
For the Northern District of California