*E-FILED: June 5, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILIAN XIE, | No. C12-00538 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO REOPEN CASE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 1, 2012, the court denied Silian Xie's application to proceed in forma pauperis and directed Xie to make a partial payment of the filing fee by April 2, 2012. (Dkt. No. 6). As of April 30, 2012, the court's docket reflected that no payment had been made, and the matter therefore was dismissed without prejudice. Xie now advises that payment in fact was made on March 12, 2012. The court's docket now reflects that to be the case.

Accordingly, plaintiff's request to reopen this matter is granted. Xie is reminded of the obligation to serve the complaint and any amendments, scheduling orders, and attachments, pursuant to Federal Rule of Civil Procedure 4 and that the failure to do so may result in dismissal of this action.

SO ORDERED.

Dated: June 5, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-00538-HRL Notice sent by U.S. Mail to:

2  Silian Xie
   7750 Wren Avenue, #D13
3  Gilroy, CA 95020